IN RE: VERA N. NELSON         CASE NO. 98-15455

---

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

Check No. 106
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

**VOID AFTER 90 DAYS**

Regarding
NELSON, VERA N. (98-15455 A)
92000247126566
COMBINED SMALL CHECK

TID # 380220

Date 05/25/2010

$ ***********3.89

~~~Three Dollars and 89/100

Pay to the Order of: Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000106⑈ ⑆043302493⑆ 92000247126566⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227168 - KW
* * C O P Y * *
May 27, 2010
14:16:15

UNC.UNDER$25
98-15455
Debtor.: VERA N. NELSON
Trustee: Aaron Caillouet
Amount.:        $3.89 CH
Check#.: 106

Total ->   $3.89

5/27/2010

DEPOSITED TO UNCLAIMED
UNDER $25.00 - 106000.

DUE: FIRST DAKOTA
NATIONAL BANK.

FROM: CAILLOUET

Printed: 05/25/10 09:19 AM

Page: 1

## Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

Case: 98-15455 - NELSON, VERA N.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Payee | Priority | Claimant | | | | |
| 9200024712656 | 106 | 05/25/10 | | | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $3.89 |
| | 1 | 10/23/98 | | 610 | First Dakota National Bank | 74.64 | 74.64 | 3.89 | 3.89 |

(*) Denotes objection to Amount Filed