IN RE: VERAN NELSON  CASE NO. 98-15455 "A"
CH. 7

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

107
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
NELSON, VERA N. (98-15455 A)
92000247126566
Unclaimed funds

TID # 380220

2-10939

Date  06/18/2010

$ *********642.85

~~~Six Hundred Forty-Two Dollars and 85/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆000000107⑆ ⑈043302493⑈ 92000247126566⑆

6/21/10

DEPOSITED TO TREASURY
UNCLAIMED - 6047BK
DUE: GMAC

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227284  - KW
* * C O P Y * *
June 21, 2010
14:15:58

TREASURY REGFUND
98-15455
Debtor.: VERA N. NELSON
Trustee: Aaron Caillouet
Amount.:         $642.85 CH
Check#.: 107

Total-> $642.85

FROM: CAILLOUET

# AARON CAILLOUET
## BANKRUPTCY TRUSTEE

401 MENARD STREET　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (985) 446-1284
THIBODAUX, LOUISIANA  70301　　　　　　　　　　　　　　　　EMAIL:  aarontr@charter.net

June 18, 2010

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

　　　　　　　　　　　　RE: Unclaimed Funds
　　　　　　　　　　　　U.S.B.C. No. 98-15455

Enclosed please find check #107  in the amount of $642.85  which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to pay claim #7  to:
　　　GMAC
　　　P.O. Box 52888
　　　New Orleans, LA 70152

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　Aaron Caillouet, Trustee

AC/sfc





**GMAC**
Visit us at Gmacfs.com

Date: June 14, 2010

Aaron Caillouet, Trustee
401 Menard Street
Thibodaux, LA 70301

Check No. 104
Amount:  $642.85

Dear Aaron Caillouet, Trustee:

Thank you for sending a payment of $642.85. Unfortunately, we are returning the payment to you because we are unable to locate the correct automotive account number.

If the funds were intended to be used towards a GMAC automotive account, please make immediate arrangements to resubmit the amount due, as your payment remains outstanding.

You may choose from any of the payment options listed below.
- Return the enclosed payment, along with your automotive account number, to:
  GMAC Payment Processing Center
  P.O. Box 9001951
  Louisville, KY  40290-1951

- Call our customer service center at 800-200-4622 for other payment options.

- Make an online payment through Account Center at http://www.gmacfs.com.  Advantages include:
  o View your account details
  o View your account payment history
  o Update your account address
  o Obtain payoff information

- Sign up for Direct Pay through Account Center at http://www.gmacfs.com, our convenient, automatic withdrawal program.  Direct Pay automatically transfers your vehicle payments from your financial institution (bank) to us when each payment is due.  Complete an application and authorization form on-line and you will be eligible to make your first payment 72 hours after receipt of entry.

If you have any questions, please contact us at 800-200-4622.  Thank you for your prompt attention to this matter.

Sincerely,

GMAC Financial Services

P.O. Box 380901   Bloomington, MN  55438
Phone  (800) 200-4622
Visit us at www.gmacfs.com