IN RE: VERA N. NELSON                         CASE NO. 98-15455 "A"

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

109
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
NELSON, VERA N. (98-15455 A)
92000247126566

TID # 380220

Date   12/21/2010

Stale check

$ **********38.21

~~~Thirty-Eight Dollars and 21/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000109⑈ ⑆043302493⑆ 92000247126566⑈

12/22/10
DEPOSITED TO TREASURY UNCLAIMED
DUE: SEARS

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228017   - JN
* * C O P Y * *
December 22, 2010
13:33:41

TREASURY REGFUND
98-15455
Debtor.: VERA N. NELSON
Trustee: Aaron Caillouet
Amount.:              $38.21 CH
Check#.: 109

Total -> $38.21

FROM: CAILLOUET

# AARON CAILLOUET
### BANKRUPTCY TRUSTEE

401 MENARD STREET
THIBODAUX, LOUISIANA 70301

TELEPHONE: (985) 446-1284
EMAIL: aarontr@charter.net

December 21, 2010

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

                RE: Unclaimed Funds
                U.S.B.C. No. 98-15455
                Vera Nelson

Enclosed please find check #109 in the amount of $38.21 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Several attempts were made to paid claim #5 to:
    Sears
    c/o Sears Roebuck & Co.
    P.O. Box 450087
    Atlanta, GA 31145

                      Sincerely,

                      Aaron Caillouet, Trustee

AC/sfc



AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

Regarding
NELSON, VERA N (98-15455 A)
9200024712566

Pay to the Order of
Sears
c/o Sears, Roebuck & Co.
P.O. Box 450087
Atlanta GA 31145

709 N7E 1 4101   00 05/26/10
RETURN TO SENDER
SEARS ROEBUCK & COMPANY
BOX CLOSED
UNABLE TO FORWARD
BC: 70301351901     RETURN TO SENDER
*1565-15947-26-39